UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRE RENE LEVESQUE,

                        Plaintiff,

-against-

MID-HUDSON FORENSIC PSYCHIATRIC CENTER; DOCTOR VENKATARAMAN RADHAKRISHNAN; DAWN MULDER; MR. WIGGINS; JOHN AND JANE DOES,

                        Defendants.

21-CV-8446 (LTS)

CIVIL JUDGMENT

---

    Pursuant to the order issued March 14, 2022, dismissing this action,

    IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any federal civil action under the *in forma pauperis* statute while he is a prisoner unless he is under imminent danger of serious physical injury. *See id.*

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 14, 2022
            New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                             Chief United States District Judge